UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUSTIN HARRISON, PAM HARRISON
and MARK HARRISON,

        Plaintiffs,

v.                                   Case No:   2:12-cv-205-FtM-38UAM

STATE FARM FIRE & CASUALTY
COMPANY,

        Defendant.

_____/

## ORDER

    This matter comes before the Court on Defendant State Farm Fire and Casualty Company's Consent Motion to Substitute Counsel   (Doc. #65) filed on September 18, 2013.  The Defendant moves the Court to substitute attorney Paul L. Nettleton, of the law firm Carlton Fields, PA. 100 S.E. Second Street Suite 4200, Miami, Florida 33131 as counsel for record for Bradley R. Johnston and Nicholas J. Elder of the law firm Taylor, Day, Grimm, Boyd & Johnson, Suite 3500 50 N. Laura St., Jacksonville, Florida 32202.  The Motion is unopposed, therefore the Court finds good cause to grant the request.

    Accordingly, it is now

    **ORDERED:**

    Defendant State Farm Fire and Casualty Company's Consent Motion to Substitute Counsel   (Doc. #65) is **GRANTED**.

1. Attorney Paul L. Nettleton, of the law firm Carlton Fields, PA. 100 S.E. Second Street Suite 4200, Miami, Florida 33131 as counsel for record for the Defendant  State Farm Fire and Casualty Company .

2. Attorneys Bradley R. Johnston and Nicholas J. Elder of the law firm Taylor, Day, Grimm, Boyd & Johnson, Suite 3500 50 N. Laura St., Jacksonville, Florida 32202  are hereby relieved of all further responsibility in this case.

3. The Clerk of the Court is directed to terminate Attorneys Bradley R. Johnston and Nicholas J. Elder from the Court's electronic notification system for this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 20th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record