UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

AUSTIN HARRISON, PAM HARRISON
and MARK HARRISON,
        Plaintiffs,

v.          Case No:   2:12-cv-205-FtM-38UAM

STATE FARM FIRE & CASUALTY
COMPANY,
        Defendant.
_____/

**ORDER**

This matter comes before the Court following a status conference held by the undersigned with the Parties on September 23, 2013.  The Parties were amenable to the magistrate judge holding a settlement conference in this matter.  The case is currently set for trial term commencing in January.  Thus, the Court will refer this matter for a settlement conference before the Honorable Douglas N. Frazier.

Accordingly, it is now **ORDERED:**

The case is **referred** to the Honorable Magistrate Judge Douglas N. Frazier to conduct a settlement conference and to enter any related Orders as deemed appropriate.

**DONE** and **ORDERED** in Fort Myers, Florida this 23rd day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record
Hon. Douglas N. Frazier
United States Magistrate Judge